UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYANT STOKES,

     Plaintiff,

                                           Case No. 09-12813

-vs-                                    HON. AVERN COHN

EDWARD BRANOCK, et al,

     Defendants.

_____/

## ORDER REGARDING MOTION PRACTICE GUIDELINES

     Defendants have filed a motion for summary judgment which includes a Statement of Material Facts Not in Dispute that is not in conformance with the Court's Motion Practice Guidelines, which were attached to the Pretrial and Scheduling Order (Doc. 5, Sept. 09, 2009), and particularly Requirements I(a)(3), I(b)(3), and II.

     Defendants shall re-file the Statement within ten (10) days.  The plaintiff shall file their response to the motion after the Statement has been filed in accordance with the Court's Motion Practice Guidelines.

     SO ORDERED.

Dated:  June 30, 2010           S/Avern Cohn_____
                            AVERN COHN
                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 30, 2010, by electronic and/or ordinary mail.

                             S/Julie Owens_____
                            Case Manager, (313) 234-5160